THE STATE, EX REL. CUNAGIN CONSTRUCTION CORP.,
APPELLANT, *v.* CREECH, MAYOR, ET AL., APPELLEES.

[Cite as State, ex rel. Cunagin Constr. Corp., v. Creech,
20 Ohio St. 2d 128.]

(No. 69-197—Decided December 17, 1969.)

*Messrs. Holbrock & Jonson* and *Mr. George N. Jonson,*
for appellant.

*Mr. Robert F. Wessel,* city solicitor, for appellees.

*Per Curiam.* The written denial of the planning com-
mission of the validity of the application for a building
permit and its refusal to act on the same constituted the
final act of respondents, the lawfulness of which was sub-
ject to review by appeal pursuant to Section 2506.01 *et seq.,*
Revised Code. Relator has failed to show or explain why
that remedy was inadequate or unavailable.

The judgment of the Court of Appeals in denying the
writ of mandamus is, therefore, affirmed on the authority
of paragraph three of the syllabus of *State, ex rel. Pressley,*
v. *Indus. Comm.,* 11 Ohio St. 2d 141.

*Judgment affirmed.*

TAFT, C. J., MATTHIAS, O'NEILL, SCHNEIDER, HERBERT,
DUNCAN and CORRIGAN, JJ., concur.